# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HYATT CHAGHOURI**, individually and as Trustee for the Elias Gaby Chaghouri and Hayat Kaitlyn Chaghouri Trust,<br><br>    Plaintiff,<br>    vs.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>    Defendant. | Case No.: 14-cv-1500 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On April 8, 2014, Defendant Wells Fargo Bank, N.A. filed its Motion to Dismiss (Dkt. No. 8). Thereafter, Plaintiff filed an amended complaint. (Dkt No. 19.)

In light thereof, the Motion to Dismiss is **DENIED** as moot. *See* Fed. Rule Civ. Proc. 15(a)(1)(B).

This Order terminates Docket No. 8.

**IT IS SO ORDERED.**

Date: May 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**