**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HYATT CHAGHOURI**, individually and as Trustee for the Elias Gaby Chaghouri and Hayat Kaitlyn Chaghouri Trust,<br><br>　　　　Plaintiff,<br>　vs.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>　　　　Defendant. | Case No.: 14-cv-1500 YGR<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

On May 21, 2014, Defendant Wells Fargo Bank, N.A. filed its Motion to Dismiss First Amended Complaint (Dkt. No. 21).  The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearing set for June 17, 2014, is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Date: June 11, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California