UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HYATT CHAGHOURI**, individually and as Trustee for the Elias Gaby Chaghouri and Hayat Kaitlyn Chaghouri Irrevocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.**,<br><br>Defendant. | Case No. 14-cv-01500-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 5, 2015, the parties filed a joint case management statement for the January 12, 2015 Case Management Conference. On that same date, the Court issued its order denying Defendant Wells Fargo Bank N.A.'s Motion to Dismiss and resetting the case management conference to February 2, 2015. No new case management statement has been filed since that time.

The Civil Local Rules provide that, "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d) (emphasis added).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, February 9, 2015, at 2:00 p.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

No later than **Friday, January 30, 2015**, the parties shall file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they

should not be sanctioned for their failure to timely file a joint case management statement. Lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a response to the Order to Show Cause, or to appear personally at the hearing, will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for Monday, February 2, 2015, is **CONTINUED** to **Monday, February 9, 2015, at 2:00 p.m.** The parties' requests to appear by phone at the case management conference (Dkt. Nos. 41 and 43) are **DENIED** as moot.

**IT IS SO ORDERED.**

Date: January 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**