UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HYATT CHANGHOURI**,

    Plaintiff,

v.

**WELLS FARGO BANK, N.A.**,

    Defendant.

Case No. 14-cv-01500-YGR

**ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING REQUEST TO PERMIT SARAH SHAPERO TO APPEAR FOR PLAINTIFF**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and considered the Response to the Order to Show Cause submitted by each party. (Dkt. Nos. 45, 47.) The Court anticipated receiving an updated joint case management statement because the landscape of the case changed after the Court issued its Order Denying the Motion to Dismiss (Dkt. No. 39), including the filing a second amended complaint and the filing of an answer to the second amended complaint (Dkt. No. 40, 42). Of most obvious importance for a case management conference, the Court lacked any information regarding the parties' perspectives on scheduling. *Compare* Docket No. 37 with No. 46. Notwithstanding the foregoing, and given the procedural history of this case, the Court hereby **DISCHARGES** the Order to Show Cause and will not assess sanctions.

The Court also grants the request for Sarah Shapero to appear on plaintiff's behalf at the case management conference on Monday, February 9, 2015.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**