UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HYATT CHAGHOURI**, individually and as Trustee for the Elias Gaby Chaghouri and Hayat Kaitlyn Chaghouri Irrevocable Trust,

        Plaintiff,

       v.

**WELLS FARGO BANK, N.A.**,

        Defendant.

Case No.  14-cv-01500-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**

The Court understands, based upon the Notice of Settlement filed November 24, 2015, that the above-captioned case has settled.  Accordingly, all pending motion, case management, and trial dates are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 15, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: November 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California